FILED - GR
July 9, 2007 3:50 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: /\_\_/

DICKINSON WRIGHT PLLC
Attorneys for Plaintiff
500 Woodward Ave., Suite 5000
Detroit, Michigan 48226-3425
(313) 223-3500

    and

FORMAN HOLT ELIADES & RAVIN, LLC
Daniel M. Eliades
Co-counsel for Plaintiff
217 Route 17 North
Rochelle Park, New Jersey 07662
(201()845-1000

Attorneys for Century 21 Real Estate LLC
f/k/a Century 21 Real Estate Corporation

Case No. 1:07CV0506

    Plaintiff
_____/

In Re:

MARSHCO VENTURES, LLC and
BRAD VENEKLASE

    Defendants.

_____ 7/9/07 _____/

## ANSWER TO COMPLAINT

Defendants MARSHCO VENTURES LLC and Brad Veneklase answer as follows:

### I. PARTIES AND SUBJECT MATTER JURISDICTION
1. Admit
2. Admit
3. Admit
4. Admit
5. Admit
6. Admit
7. Admit
8. Admit

### II. ALLEGATIONS COMMON TO ALL CLAIMS

A. The Licensor
9. Admit
10. Admit
11. Admit

B. The Franchise Agreement between Century 21 and Pearson Cook
12. Cannot Admit or Deny
13. Cannot Admit or Deny
14. Cannot Admit or Deny
15. Cannot Admit or Deny
16. Cannot Admit or Deny
17. Cannot Admit or Deny
18. Cannot Admit or Deny % of ownership interest Admit I am the son of Patti Fore
19. Cannot Admit or Deny

C. The Royalty Fee Due Under Franchise Agreements
20. Cannot Admit or Deny
21. Cannot Admit or Deny
22. Cannot Admit or Deny
23. Cannot Admit or Deny
24. Cannot Admit or Deny

D. National Advertising Fund Contributions Under the Franchise Agreements
25. Cannot Admit or Deny
26. Cannot Admit or Deny
27. Cannot Admit or Deny

E. Other Amounts Due Under Franchise Agreements
    28. Cannot Admit or Deny
    29. Cannot Admit or Deny

F. The Guaranty
    30. Cannot Admit or Deny
    31. Cannot Admit or Deny
    32. Cannot Admit or Deny
    33. Cannot Admit or Deny

G. The Promissory Notes from Pearson and the Fores to Century 21
    34. Cannot Admit or Deny
    35. Cannot Admit or Deny
    36. Cannot Admit or Deny
    37. Cannot Admit or Deny
    38. Cannot Admit or Deny
    39. Cannot Admit or Deny
    40. Cannot Admit or Deny
    41. Cannot Admit or Deny
    42. Cannot Admit or Deny
    43. Cannot Admit or Deny
    44. Cannot Admit or Deny
    45. Cannot Admit or Deny
    46. Cannot Admit or Deny
    47. Cannot Admit or Deny
    48. Cannot Admit or Deny

H. The Security Agreements
    49. Cannot Admit or Deny
    50. Cannot Admit or Deny
    51. Cannot Admit or Deny
    52. Cannot Admit or Deny
    53. Cannot Admit or Deny
    54. Cannot Admit or Deny
    55. Cannot Admit or Deny
    56. Cannot Admit or Deny
    57. Cannot Admit or Deny
    58. Cannot Admit or Deny
    59. Cannot Admit or Deny
    60. Cannot Admit or Deny
    61. Cannot Admit or Deny

I. The District Court Litigation
    62. Cannot Admit or Deny
    63. Cannot Admit or Deny
    64. Cannot Admit or Deny

       65. Cannot Admit or Deny
       66. Cannot Admit or Deny
       67. Cannot Admit or Deny
       68. Cannot Admit or Deny
       69. Cannot Admit or Deny
       70. Cannot Admit or Deny
       71. Cannot Admit or Deny

J. Debtors Induce Century 21 to Refrain from Fully Executing on the Amended Consent Judgment and Terminating Pearson as a Century 21 Franchise
       72. Cannot Admit or Deny
       73. Cannot Admit or Deny
       74. Cannot Admit or Deny
       75. Cannot Admit or Deny

K. The Cessation of Operations by Pearson and the Transfer of Century 21's Collateral
       76. Cannot Admit or Deny
       77. Cannot Admit or Deny
       78. Cannot Admit or Deny
       79. Cannot Admit or Deny
       80. Admit
       81. Deny
       82. Cannot Admit or Deny
       83. Cannot Admit or Deny
       84. Cannot Admit or Deny
       85. Cannot Admit or Deny
       86. Cannot Admit or Deny
       87. Cannot Admit or Deny
       88. Cannot Admit or Deny
       89. Cannot Admit or Deny
       90. Cannot Admit or Deny
       91. Cannot Admit or Deny
       92. Deny
       93. Deny
       94. Cannot Admit or Deny
       95. Cannot Admit or Deny
       96. Cannot Admit or Deny

L. The Termination of the Franchise Agreements and the Appointment of a Receiver
       97. Cannot Admit or Deny
       98. Cannot Admit or Deny
       99. Cannot Admit or Deny
       100. Cannot Admit or Deny
       101. Cannot Admit or Deny

102. Cannot Admit or Deny

M. MARSHCO
103. Admit
104. Admit. Defendant is son of Patti Fore.
105. Admit
106. Admit. Accept allegation that both offices were formerly occupied by Pearson which is denied.
   MARSHCO occupies 2 offices, one at 1550 East Beltline SE, Suite 375 and one at 4283 Lake Michigan Drive NW, Suite A.
   Only the Lake Michigan Drive Office was a former Century 21 Pearson Cook Office.
107. Deny
108. Deny
109. Admit
110. Deny
111. Deny on transfer of assets, equipment and goodwill from Pearson. Admit there was no consideration for listing agreements.
112. Admit
113. Deny – Patti Fore is an Independent Contractor not an employee
114. Deny – Timothy Fore is an Independent Contractor not an employee

## FIRST COUNT-DE FACTO MERGER

115. Defendants incorporate by reference each and every paragraph in their answer.
116. Deny
117. Admit. However, there were no assets transferred from Pearson to Marshco.
118. Admit defendant, Veneklase, is the son of Patti Fore and the owner of Marshco. All other allegations are denied.
119. Deny
120. Deny
121. Deny
122. Deny
123. Deny

**WHEREFORE,** defendants request that "A Judgment of No Cause for Action" be entered.

## SECOND COUNT – SUCCESSOR LIABILITY

124. Defendants incorporate by reference each and every paragraph in their answer.
125. Deny
126. Deny

127. Deny
128. Deny
129. Deny
130. Deny
131. Deny
132. Deny
133. Deny
134. Deny
135. Deny

**WHEREFORE,** defendants request that "A Judgment of No Cause for Action" be entered.

## THIRD COUNT – TORTIOUS INTERFERENCE

136. Defendants incorporate by reference each and every paragraph in their answer.
137. Cannot Admit or Deny
138. Deny
139. Marshco denies the allegation. Veneklase knew Pearson-Cook was a franchisee of Century 21. Any other allegation is either admitted or denied.
140. Deny
141. Deny
142. Deny
143. Deny
144. Deny
145. Cannot Admit or Deny
146. Deny
147. Deny
148. Deny
149. Deny
150. Deny

**WHEREFORE,** defendants request that "A Judgment of No Cause for Action" be entered.

## FOURTH COUNT – COMMON LAW CONVERSION

151. Defendants incorporate by reference each and every paragraph in their answer.
152. Deny
153. Deny

154. Deny

**WHEREFORE,** defendants request that "A Judgment of No Cause for Action" be entered.

## FIFTH COUNT STATUTORY CONVERSION

155. Defendants incorporate by reference each and every paragraph in their answer.
156. Deny
157. Deny
158. Deny

**WHEREFORE,** defendants request that "A Judgment of No Cause for Action" be entered.

## SIXTH COUNT – UNJUST ENRICHMENT

159. Defendants incorporate by reference each and every paragraph in their answer.
160. Deny
161. Deny
162. Deny

**WHEREFORE,** defendants request that "A Judgment of No Cause for Action" be entered.

## RELIEF REQUESTED

Defendants Marshco and Veneklase request the case be dismissed and that they be awarded all of the costs, fees, and expenses incurred in the defense.

_____ 7/9/07
Bradley Veneklase

Marshco Ventures

By: _____ 7/9/07
Bradley Veneklase, its member