# SUMMONS IN A CIVIL ACTION

## 1. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

CENTURY 21 REAL ESTATE, LLC

v.

Marshco Ventures, LLC and Brad Veneklase,

DOCKET NO: **1:07CV0506**

TO: BRAD VENEKLASE
4283 Lake Michigan Drive, N.W.
Suite A
Grand Rapids, Michigan 49534-4572

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon:

PLAINTIFF'S ATTORNEY

Jason P. Klingensmith
Dickinson Wright PLLC
500 Woodward Ave., Suite 4000
Detroit, Michigan 48226-3425     (313) 223-3500

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RONALD C. WESTON, SR., CLERK

BY: _____      DATED: 5/25/07
(Deputy Clerk)
(SEAL)

☒ 399 Federal Building        ☐ 229 Federal Building        ☐ B-35 Federal Building        ☐ 113 Federal Building
110 Michigan St, N.W.         202 W. Washington St.          410 W. Michigan Ave.            315 W. Allegan
Grand Rapids, MI 49503        Marquette, MI 49855            Kalamazoo, MI 49007             Lansing, MI 48933

## 2. RETURN OF SERVICE

of the Summons and Complaint was made by me.***

DATE: 6/18/07 Mon 11:46 A.M.

of Server (print): Michael Urbanski     Title: _____

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

☒ Served personally upon defendant. Place where served: 940 Monroe NW, Grand Rapids, MI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## 3. STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
| $ | $ | $ |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

Signature: Michael Urbanski, Process Server
Address: c/o Legal Support Services
161 Ottawa NW, Suite 309E
Grand Rapids, MI 49503

*** See Rule 4 of the Federal Rules of Civil Procedure re who may serve a summons

4/2005