UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CENTURY 21 REAL ESTATE, LLC,

USDC Case No. 1:07-cv-00506

        Plaintiff,

vs.                           Hon.  Paul L. Maloney

MARSHCO VENTURES, LLC and
BRAD VENEKLASE

        Defendants.

_____/

| | |
|---|---|
| Jason P. Klingensmith (P-61687) | Scott S. Brinkmeyer (P-24891) |
| Dickinson Wright PLLC | Mika, Meyers, Beckett & Jones PLC |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 500 Woodward Ave., Suite 4000 | 900 Monroe Ave., N.W. |
| Detroit, MI  48226-3425 | Grand Rapids, MI  49503 |
| (313) 223-3500 | (616) 632-8000 |

Daniel M. Eliades
Forman Holt Eliades & Ravin, LLC
Co-Counsel for Plaintiff
218 Route 17 North
Rochelle Park, NJ  07662
(201) 845-1000

_____/

## APPEARANCE

     Scott S. Brinkmeyer of Mika, Meyers, Beckett & Jones PLC hereby enters his Appearance for and on behalf of Defendants, Marshco Ventures, LLC and Brad Veneklase, in the above action.

                                MIKA MEYERS BECKETT & JONES PLC
                                Attorneys for Defendants

Dated:  October 10, 2007         By:   /s/ Scott S. Brinkmeyer_____
                                      Scott S. Brinkmeyer (P-24891)
                                      900 Monroe Ave., N.W.
                                      Grand Rapids, MI  49503
                                      (616) 632-8000