UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:07-cv-00506-PLM | 10/15/2007 | 10:12 a.m. - 10:43 a.m. | Grand Rapids | Ellen S. Carmody |

## CASE CAPTION

| Plaintiff(s): | Defendant(s): |
|---|---|
| Century 21 Real Estate, LLC | Marshco Ventures, LLC, et al. |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Jason P. Klingensmith | Plaintiff(s) |
| Scott S. Brinkmeyer | Defendant(s) |

## PROCEEDINGS

**NATURE OF HEARING:** Rule 16 Scheduling Conference held; Case Management Order to issue.

Recorder and tape number(s): Not Recorded
Deputy Clerk: J. Lenon