# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

CENTURY 21 REAL ESTATE, LLC,

        USDC Case No. 1:07-cv-00506

    Plaintiff,

        Hon. Paul L. Maloney

vs.

MARSHCO VENTURES, LLC and
BRAD VENEKLASE

    Defendants.
_____/

I, Scott S. Brinkmeyer, hereby state that on October 17, 2007, I served a copy of the following documents:

**Defendants' First Interrogatories and Request for Production of Documents to Plaintiff Century 21 Real Estate LLC**

upon the following individuals by placing the same in the U. S. Mail, first-class postage prepaid:

| | |
|---|---|
| Jason P. Klingensmith, Esq. | Daniel M. Eliades, Esq. |
| Dickinson Wright PLLC | Forman Holt Eliades & Ravin, LLC |
| 500 Woodward Ave., Suite 4000 | 218 Route 17 North |
| Detroit, MI 48226-3425 | Rochelle Park, NJ 07662 |

I declare that the statements above are true to the best of my information, knowledge and belief.

Dated: October 17, 2007        /s/Scott S. Brinkmeyer
                                        Scott S. Brinkmeyer