UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTURY 21 REAL ESTATE, LLC,

    Plaintiff,

vs.

MARSHCO VENTURES, LLC and
BRAD VENEKLASE,

    Defendants.

_____/

USDC Case No. 1:07-cv-00506

Hon. Paul L. Maloney

## STIPULATED ORDER REGARDING AMENDMENT OF PLEADINGS

This matter having come before the Court upon the agreement and stipulation of Plaintiff Century 21 Real Estate, LLC ("Century 21"), and Defendants Marshco Ventures, LLC ("Marshco") and Brad Veneklase ("Veneklase") (collectively, "Defendants"), and the verbal order of Magistrate Judge Carmody at the Rule 16 Conference held October 15, 2007, to confirm the time within which the parties may file amended pleadings in this case; and the Court being otherwise fully advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that the parties may file amended pleadings on or before November 1, 2007.

_____
U.S. DISTRICT COURT JUDGE

DATED: _____

*Stipulated as to form and content:*

| | |
|---|---|
| DICKINSON WRIGHT PLC | MIKA MEYERS BECKETT & JONES PLC |
| By: <u>/s/ Jason P. Klingensmith</u><br>　　Jason P. Klingensmith (P61687)<br>Attorneys for Plaintiff<br>500 Woodward Ave., Suite 4000<br>Detroit, Michigan 48226-3425<br>(313) 223-3500<br>jklingensmith@dickinson-wright.com | By: <u>/s/ Scott S. Brinkmeyer (w/ permission)</u><br>　　Scott S. Brinkmeyer (P27678)<br>Attorneys for Defendant<br>900 Monroe Avenue NW<br>Grand Rapids, Michigan 49503<br>(616) 632-8000 |