UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTURY 21 REAL ESTATE, LLC,

          Plaintiff,

                             USDC Case No. 1:07-cv-00506

vs.

                             Hon. Paul L. Maloney

MARSHCO VENTURES, LLC and
BRAD VENEKLASE,

          Defendants.

_____/

### STIPULATED ORDER REGARDING AMENDMENT OF PLEADINGS

This matter having come before the Court upon the agreement and stipulation of Plaintiff Century 21 Real Estate, LLC ("Century 21"), and Defendants Marshco Ventures, LLC ("Marshco") and Brad Veneklase ("Veneklase") (collectively, "Defendants"), and the verbal order of Magistrate Judge Carmody at the Rule 16 Conference held October 15, 2007, to confirm the time within which the parties may file amended pleadings in this case; and the Court being otherwise fully advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that the parties may file amended pleadings on or before November 1, 2007.

                                        /s/ Ellen S. Carmody
                                        U.S. MAGISTRATE JUDGE

DATED:  October 19, 2007

*Stipulated as to form and content:*

DICKINSON WRIGHT PLC                          MIKA MEYERS BECKETT & JONES PLC

By:   /s/ Jason P. Klingensmith                By:   /s/ Scott S. Brinkmeyer (w/ permission)
       Jason P. Klingensmith (P61687)          Scott S. Brinkmeyer (P27678)
Attorneys for Plaintiff                        Attorneys for Defendant
500 Woodward Ave., Suite 4000                  900 Monroe Avenue NW
Detroit, Michigan  48226-3425                  Grand Rapids, Michigan  49503
(313) 223-3500                                 (616) 632-8000
jklingensmith@dickinson-wright.com

DETROIT 26716-5 1010935