# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

CENTURY 21 REAL ESTATE, LLC,

        Plaintiff,

vs.

MARSHCO VENTURES, LLC and
BRAD VENEKLASE

        Defendants.

_____/

USDC Case No. 1:07-cv-00506

Hon. Paul L. Maloney

    I, Scott S. Brinkmeyer, hereby state that on November 15, 2007, I served a copy of the following documents: **Defendants' Rule 26 Disclosures** via first class mail upon parties of record in the above case.

Dated: November 15, 2007        /s/Scott S. Brinkmeyer
                                            Scott S. Brinkmeyer