**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CENTURY 21 REAL ESTATE, LLC,

       Plaintiff,

vs.

MARSHCO VENTURES, LLC and
BRAD VENEKLASE,

       Defendants.
_____/

USDC Case No. 07-cv-0506

Hon. Paul L. Maloney

## **CERTIFICATE OF SERVICE**

STATE OF MICHIGAN    )
                                ) SS.
COUNTY OF WAYNE     )

    Jason P. Klingensmith, deposes and says that he is counsel for Plaintiff and on November 15, 2007 he served the following documents:

    Century 21 Real Estate, LLC's Initial Disclosures Pursuant to Fed.R.Civ.P. 26(1)(1)

upon:    Scott S. Brinkmeyer, Esq.
           Mika Meyers Beckett & Jones PLC
           900 Monroe Ave., N.W.
           Grand Rapids, Michigan  49503

    *Via US UPS*

in the manner above indicated, and if by U.S. Mail, by enclosing the same in sealed envelopes bearing proper postage and address and causing the same to be deposited in the U.S. Mail receptacle maintained at 500 Woodward Avenue, Detroit, Michigan.

I declare under penalty of perjury that the statements above are true to the best of my information, knowledge and belief.

/s/ Jason P. Klingensmith
Jason P. Klingensmith (P61687)
Dickinson Wright PLLC
Attorneys for Plaintiff
500 Woodward Ave., Suite 4000
Detroit, Michigan  48226-3425
(313) 223-3500
jklingensmith@dickinson-wright.com

DETROIT 26716-5 1016878v1